IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| **TINA M. RIFFE** | * | |
| **Plaintiff** | * | |
| v. | * | Civil Action No. _____ |
| **WAL-MART STORES EAST, LP** | * | |
| **Defendants** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF REMOVAL OF CIVIL ACTION
### AND STATEMENT OF GROUNDS FOR REMOVAL

To Plaintiff and Her Attorney of Record:

Please take notice that Defendant Wal-Mart Stores East, LP (hereinafter "Walmart") named in the civil action filed in the Circuit Court for Washington County, Maryland, Civil Case Number C-21-CV-21-000071 ("the State Case"), hereby notes the removal of this action to the United States District Court for the District of Maryland, Northern District. In support thereof, Walmart states the following:

1. On or about February 26, 2021, Walmart was served with a Complaint, Writ of Summons, Civil Non-Domestic Case Information Report, and a Demand for Jury Trial, attached hereto and identified as Exhibits 1 - 4.

2. Plaintiff's Complaint is based upon an allegations of negligence and premises liability for Plaintiff Tina Riffe's alleged personal injury at Walmart Store #2790 located in Hagerstown, Washington County, Maryland.

3. Plaintiff seeks monetary damages of Five Hundred Thousand Dollars ($500,000.00) for her negligence claim. *See* Complaint, Ex. 1.

1

4. Plaintiff is a resident of the State of Maryland. *See* Complaint, Ex. 1.

5. Defendant Wal-Mart Stores East LP is Delaware limited partnership that maintains its principal place of business in the State of Arkansas.

6. The germane section of 28 U.S.C. §1332(a) provides:

> (a) The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between –
> (1) citizens of different States;

*See* 28 U.S.C. §1332(a).

7. Removal to the United States District Court for the District of Maryland, Northern Division, is appropriate in this civil action based on diversity of citizenship pursuant to 28 U.S.C. §1332(a).

8. Diversity of citizenship is present in this civil action as Plaintiff's Complaint seeks damages in excess of Seventy Five Thousand Dollars ($75,000.00), and is between citizens of different States. *Id.*

9. Pursuant to 28 U.S.C. §1441(b)(2), no defendant is a citizen of the State of Maryland.

10. Walmart reserves its right to amend this Notice of Removal.

11. Walmart reserves all defenses, including, without limitation, the defense of lack of personal jurisdiction.

12. As required by 28 U.S.C. §1446(a) and Local Rule 103(5)(a), true and legible copies of all process, pleadings, and documents which have been served upon Walmart in the State Case that is being removed, as of this date, are being filed with this Notice of Removal as Exhibits 1 - 4.

**WHEREFORE**, Defendant Wal-Mart Stores East, LP respectfully requests that this civil action be removed to the United States District Court for the District of Maryland, Northern Division based on diversity of citizenship pursuant to 28 U.S.C. 1332(a).

        Respectfully Submitted,

        MCNAMEE, HOSEA, JERNIGAN, KIM
        GREENAN & LYNCH, P.A.


        */s/ Jennifer M. Alexander*
        Jennifer M. Alexander, Esquire
        Federal Bar No. 15222
        888 Bestgate Road, Suite 402
        Annapolis, MD 21401
        Phone: 410-266-9909
        Fax:   410-266-8425
        jalexander@mhlawyers.com


        */s/ Kelly S. Kylis*
        Kelly S. Kylis, Esquire
        Federal Bar No.: 14126
        888 Bestgate Road, Suite 402
        Annapolis, MD 21401
        Phone: 410-266-9909
        Fax:   410-266-8425
        kkylis@mhlawyers.com

        *Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 15th day of March 2021, I caused a true and correct copy of the foregoing Notice of Removal of Civil Action and Statement of Grounds for Removal to be served via first class mail, postage prepaid upon:

Bradley J. Reed, Esquire  
BRITT REED LAW OFFICES  
1936 Dual Highway  
Hagerstown, Maryland 21740  
*Attorneys for Plaintiff*

                                        */s/ Jennifer M. Alexander*  
                                        Jennifer M. Alexander, Esquire